**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLITA D. BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-544 CAS |
| | ) | |
| ST. LOUIS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court for examination pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff commenced this action on March 30, 2010, naming, among others, Mitchell A. Margo, Nadine V. Nunn, and Richard Mange as defendants. A review of the Court file shows that these defendants have not been served in this matter nor has service been waived on their behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiff, is directed to dismiss an action against defendants upon whom service has not been made within 120 days after the filing of the complaint. The Rule 4(m) period for service expires in this case on July 28, 2010, 120 days after the filing of plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall cause service to be effected upon defendants Mitchell A. Margo, Nadine V. Nunn, and Richard Mange not later than July 28, 2010. In the absence of good cause shown, failure to timely serve said defendants shall result in dismissal of these defendants without prejudice.

                                                  **CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this   21st   day of July, 2010.