UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLITA D. BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV00544 AGF |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to "Vacate Void Orders and Findings" is **DENIED**. The Court has reviewed the record and concludes that all Orders entered to date have been proper. [Doc. #69]

**IT IS FURTHER ORDERED** that Plaintiff's motion for disqualification of judge and for reassignment of the case to a judge outside the district is **DENIED as moot** in part, to the extent that a new judge in this district has been assigned to the case, and **DENIED** to the extent that the case shall not be reassigned outside the district. Plaintiff has not raised any grounds that would support reassignment of the case to a judge outside the district, under the standard set forth in 28 U.S.C. § 455(a). [Doc. #69]

**IT IS FURTHER ORDERED** that Plaintiff's pro se motion to correct errors in the trial record so that the electronic docket sheet lists the title of each exhibit filed by Plaintiff in support of her motion for summary judgment is **DENIED**. All

exhibits that Plaintiff has filed have been scanned and properly file as Docket Entry #71 and again as Docket Entry #76, and shall be considered by the Court. There is no need for the electronic docket sheet to list the title of each individual exhibit. [Doc. #72]

**IT IS FURTHER ORDERED** that Plaintiff's motion for a speedy hearing on pending motions to dismiss or for summary judgment is **DENIED** as moot. All motions filed by Plaintiff or Defendants shall be ruled upon in due course. [Doc. #74]

**IT IS FURTHER ORDERED** that Defendants' motion for leave to delay their response to Plaintiff's motion for summary judgment until after the Court rules on Defendants' motions to dismiss is **GRANTED**. [Doc. #75]

**IT IS FURTHER ORDERED** that Plaintiff's motion to vacate, alter, or amend this Court's Order dated October 22, 2010, dismissing without prejudice three named Defendants upon whom Plaintiff had not effected service, is **GRANTED in part**. The Court notes that Judge Shaw's previous Order, issued on July 21, 2010, provided Plaintiff with clear notice that these Defendants would be dismissed without prejudice if she failed timely to serve them no later than July 28, 2010, which she has failed to do. Plaintiff has also failed to show good cause why timely service was not made upon the Defendants in question. Plaintiff's argument in support of her present motion that she did not know that each Defendant had to be served is without merit. Nevertheless, the Court shall grant Plaintiff twenty-one (21) days from the date of this Order to obtain service upon Defendants Mitchell A. Margo, Nadine V. Nunn, and Richard Mange. Failure to do

so shall result in dismissal of these Defendants without prejudice. [Doc. #82].

**IT IS FURTHER ORDERED** that Plaintiff's motion for a Rule 16 conference is **GRANTED in part**. Such a conference shall be set following proper service on the remaining Defendants and their filing an answer or other responsive pleading. [Doc. #70]

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2010.