UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLITA D. BUSH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:10CV00544 AGF |
| ST. LOUIS COUNTY, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Defendants' motion [Doc. #113] to strike Plaintiff's amended complaint is **DENIED**. Plaintiff will only be permitted to proceed on the claims that have not been dismissed by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. #116] to strike Defendants' answer to the amended complaint is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. #126] to stay or for sanctions is **DENIED**. It appears to the Court that Plaintiff has misunderstood the "settlement" obligation noted in the Order Setting Rule 16 Conference. The parties are not required to engage in a settlement discussion prior to the Rule 16 Conference -- rather, as stated in the Order, the parties must only report to the Court whether they have in fact discussed settlement, and whether settlement appears likely.

**IT IS FURTHER ORDERED** that rather than filing a Joint Proposed Scheduling Plan, Plaintiff and Defendants shall each file, no later than May 6, 2011, separate

Proposed Scheduling Plans. The Court will review both proposed plans and at the Rule 16 conference and will set the schedule for this case.

                                                                   AUDREY G. FLEISSIG
                                                                   UNITED STATES DISTRICT JUDGE

Dated this 28th day of April, 2011.